IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ROBERT LEE PARKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 118-197 |
| | ) | |
| LIZ ROBERTS; WARDEN EDWARD PHILBIN; COMMISSIONER GREGORY C. DOZIER; DONNA YOUNG; LISA MAYO; ALICIA ROBIDEAU; ASHLEIGH LANZA; STEVEN H. ROSEBAUM; RITA K. LOMIO; DR. SHARON LEWIS; JAME D. SMITH; CINDY L. SMITH; STAN BAKER; LISA WOOD; NATHAN DEAL; LYNDA SEWELL HUTSEY; BENITA FREEMAN; LILLIE FAISON; DEXTER PROYER; OFFICER CO II JINKINS; VANCE LAUGHLIN, Warden; JOSEPH HUTCHINSON; STANELY WILLIAM; DR. WILLIAM, Mental Health Counselor, | ) | |
| | ) | |
| Defendants.[1] | ) | |

_____

**O R D E R**
_____

On December 12, 2018, the Court issued a Report and Recommendation ("R&R") recommending dismissal of Plaintiff's complaint for failure to state a claim and denying his motion for emergency protective order. (Doc. no. 12.) On December 26, 2018, Plaintiff objected to the Court's R&R and filed a motion to amend, which the Court granted. (Doc. nos. 14-16.) On January 22, 2019, Plaintiff filed an amended complaint. (Doc. no. 17.)

---

[1]The Court **DIRECTS** the **CLERK** to update the docket in accordance with the caption of this Order, which is consistent with Plaintiff's amended complaint. (Doc. no. 17.)

Because Plaintiff filed an amended complaint, the Court **VACATES** the December 12th R&R. (Doc. no. 12.)  The Court screens Plaintiff's amended complaint in accordance with 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b) in a simultaneously filed Report and Recommendation.

SO ORDERED this 5th day of February, 2019, at Augusta, Georgia.

*/s/ Brian K. Epps*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA