# United States District Court
## Southern District of Georgia

ROBERT LEE PARKS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 118-197

LIZ ROBERTS, et. al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

pursuant to the Order dated March 5, 2019 adopting the Report and Recommendations as the Court's opinion, that Plaintiff's objections are overruled, Plaintiff's second motion to supplement his complaint, motion for default judgment, and motion for emergency protective order are denied. Plaintiff's motion for a second motion to amend is denied as moot; furthermore, Plaintiff's amended complaint is dismissed for failure to state a claim upon which relief can be granted. This case stands closed.

03/05/2019
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*